1 SCOTT A. KRONLAND (SBN 171693)
P. CASEY PITTS (SBN 262463)
2 MEGAN WACHSPRESS (SBN 310558)
Altshuler Berzon LLP
3 177 Post Street, Suite 300
San Francisco, CA 94108
4 Telephone: 415-421-7151
Facsimile: 415-362-8064
5 skronland@altber.com
cpitts@altber.com
6 mwachspress@altber.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. BRICE, | Case No. 2:18-cv-03106-MCE-EFB |
| Plaintiff, | **ORDER GRANTING MOTION TO POSTPONE DEADLINE FOR RULE 26(f) CONFERENCE AND OBJECTIONS TO INITIAL PRETRIAL SCHEDULING ORDER** |
| v. | |
| CALIFORNIA FACULTY ASSOCIATION, | |
| Defendant. | Date: March 7, 2019<br>Time: 2:00 p.m.<br>Location: Courtroom 7, 14th Floor<br>Judge: Hon. Morrison C. England, Jr. |

1 | Defendant California Faculty Association's Unopposed Motion to Postpone
2 | Deadline for Rule 26(F) Conference and Objections to Initial Pretrial Scheduling Order
3 | (ECF No. 20) is GRANTED. The parties shall conduct their Rule 26(f) conference and file
4 | any objections to the Initial Pretrial Scheduling Order no later than 21 days after this Court
5 | rules upon Defendant's pending Motion to Transfer Venue.
6 |     IT IS SO ORDERED.
7 | Dated: March 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE